# Court of Appeals
# of the State of Georgia

ATLANTA,  December 21, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0135. OTIS N. WHITE, JR. v. HIGHWOOD PARK CONDOMINIUM ASSOCIATION.**

In February 2020, Otis N. White, Jr. filed an action against Highwood Park Condominium Association regarding the water pressure in his condominium. White subsequently filed a motion for summary judgment, contending Highwood Park failed to timely respond to his requests for admissions within 30 days, which were therefore deemed to be conclusively admitted. The trial court denied the motion for summary judgment pursuant to the 45-day deadline contained in OCGA § 9-11-36 (a) (2) and the Georgia Supreme Court's Judicial Emergency Orders that stayed and tolled discovery deadlines. Thereafter, Highwood Park filed a motion for attorney fees pursuant to OCGA § 9-15-14 (a). The trial court granted the motion and awarded Highwood Park $4,081 in attorney fees. White then filed this application for discretionary appeal. We, however, lack jurisdiction.

Although an appeal from an OCGA § 9-15-14 attorney fee award must be initiated by filing an application for discretionary appeal pursuant to OCGA § 5-6-35 (a) (10), this action remains pending before the trial court and the order White seeks to appeal is a non-final order that did not resolve all issues in this action. As a result, White was required to follow the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b) to challenge the order. See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996); *Scraggiest v. Ga. Dept. of Human Resources*, 261 Ga. 587, 588-589 (1) (408 SE2d 103) (1991). To the extent that both discretionary and interlocutory appeal procedures may apply, an applicant must follow the interlocutory appeal procedures and obtain a timely certificate of immediate review from the trial

court before filing an application. See *Scraggiest*, 261 Ga. at 588-589 (1). White's failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED. See *Bailey*, 266 Ga. at 833.



*Court of Appeals of the State of Georgia*
          *Clerk's Office, Atlanta,   12/21/2020*
          *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*